**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MORENO FLORES,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ, JR., et al.,<br>Respondents. | Case No. 5:26-cv-03393-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Granting Judgment filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: September 14, 2026

SHERI PYM
United States Magistrate Judge